450 A.2d 182

Commonwealth v. Foster, et al.

Appeal of Thomas Bell.

Petition for Allowance of Appeal
Denied Feb. 3, 1983.

Submitted December 5, 1980. Joseph J. Yeager, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and POPOVICH, JJ.

Judgment of sentence is affirmed.